UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE WEST,

      Plaintiff,

                                CASE NO. 04-CV-73612-DT
                                JUDGE BERNARD A. FRIEDMAN
                                MAGISTRATE JUDGE PAUL J. KOMIVES

  v.

FITNESS USA SUPERCENTERS,
CYNTHIA THOMAS, CITY OF
WESTLAND, N. BROOKS, and
GRIFFIN,

      Defendants.
_____/

**ORDER REQUIRING MOVANT TO FILE PROOF OF SERVICE**

On June 10, 1005, plaintiff's counsel filed a motion to withdraw as counsel for plaintiff. (Doc. Ent. 29).  The two-page motion is accompanied by a two-page brief which certifies that plaintiff's counsel served copies of the above-described motion to defense counsel (attorneys Slusser and Rice).

However, there is no indication that plaintiff has received a copy of the instant motion. Therefore, plaintiff's counsel shall serve a copy of the instant motion upon plaintiff and shall file a proof of service with this Court.  Upon receipt of the proof of service, the Court will enter an order providing plaintiff with fourteen (14) days to respond to plaintiff's counsel's motion and permitting that any reply be filed in accordance with E. D. Mich. LR 7.1.

      IT IS SO ORDERED.

                                        s/Paul J. Komives
                                        PAUL J. KOMIVES
Dated: 6/15/05                    UNITED STATES MAGISTRATE JUDGE

> The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on June 15, 2005.
>
>         s/Eddrey Butts
>         Case Manager